IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN A. LUNDBERG, JR., )
et al., )
 )
    Plaintiffs, )
 )
  v. ) No. 13 C 1683
 )
FABIAN RIVERA-CORDOVEZ, )
et al., )
 )
    Defendants. )

MEMORANDUM ORDER

Counsel for cunterdefendant John Lundberg, Jr. has just filed a copy of the disclosures that have been provided to opposing couonsel pursuant to Fed.R.Civ. P.26(a)(1). Because this District Court's LR 26.3 bars the court filing of such discovery materials, the document is stricken from the court file. Counsel would do well to familiarize herself with the LRs that are applicable to practice in this judicial district.

                        _____
                        Milton I. Shadur
                        Senior United States District Judge

Dated: July 1, 2013